# EXHIBIT 1



# Notice of Service of Process

null / ALL
Transmittal Number: 20383562
Date Processed: 09/13/2019

| | |
|---|---|
| **Primary Contact:** | Arnold D'Angelo<br>Zurich North America<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 |
| **Electronic copy provided to:** | Vicky Russell |
| **Entity:** | Zurich American Insurance Company<br>Entity ID Number  2746725 |
| **Entity Served:** | Zurich American Ins Co |
| **Title of Action:** | Pwalhey Partners, LLC vs. Zurich Insurance a/k/a Zurich American Insurance Co. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Hartford County Superior Court, CT |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Connecticut |
| **Date Served on CSC:** | 09/12/2019 |
| **Answer or Appearance Due:** | 10/15/2019 |
| **Originally Served On:** | CT Department of Insurance on 09/10/2019 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Kenneth A. Votre<br>203-498-0065 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# STATE OF CONNECTICUT
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

This is to certify that the foregoing is a copy of a process served upon me, a person in the office of the Insurance Commissioner of Connecticut, designated by him, pursuant to the statute in such cases made and provided, as one upon whom, in his absence, service of process may be made, upon an insurance company, corporation or association, with the same force and effect as though made on such commissioner personally.

September 10, 2019                                                            9:31 am

*Insurance Commissioner*



# STATE OF CONNECTICUT
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

ZURICH AMERICAN INS CO
CORPORATION SERVICE CO
50 WESTON ST
HARTFORD CT 06120-1537

**Pursuant to the statute in such cases made and provided, I forward herewith a copy of the process served as set forth in the certificate thereto attached.**

**Respectfully yours,**

*Insurance Commissioner*

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

AD 931
9/10/19

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington St, Hartford, CT 06106 | (860) 548-2700 | OCTOBER 15, 2019 |

☒ Judicial District  ☐ Housing Session  ☐ G.A. Number:  At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): **Hartford**
Case type code (See list on page 2) Major: **C**   Minor: **90**

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| KENNETH A. VOTRE, ESQ. VOTRE & ASSOCIATES P.C. 90 GROVE STREET RIDGEFIELD CT 06877 | 422508 |

Telephone number (with area code): (203) 498-0065
Signature of Plaintiff (If self-represented):

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No
Email address for delivery of papers under Section 10-13 (if agreed to): votrelaw@gmail.com

Number of Plaintiffs: **1**   Number of Defendants: **2**   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: PWALHEY PARTNERS, LLC  Address: 475 NEWTOWN TURNPIKE, REDDING, CT, 06896 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: ZURICH INSURANCE AKA ZURICH AMERICAN INSURANCE CO. (ZURICH AMERICAN)  Address: 1299 ZURICH WAY, SCHAUMBURG, IL, 60196 C/O CONNECTICUT INSURANCE COMMISSIONER | D-01 |
| Additional Defendant | Name: 153 MARKET STREET HARTFORD CT 06103  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

ATTEST: A TRUE COPY
ARMANDO F. LUPO
CONNECTICUT MARSHAL
HARTFORD COUNTY

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

Signed (Sign and "X" proper box)   ☐ Commissioner of the Superior Court   ☐ Assistant Clerk
Name of Person Signing at Left: **KENNETH A. VOTRE, ESQ.**
Date signed: 9/3/19

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed. (Self-Represented Plaintiff) | Date 07/02/19 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

Print Form     Reset Form

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

JD-CV-1  Rev. 4-16 (Back/Page 2)

Print Form          Reset Form

| | |
|---|---|
| RETURN DATE: October 15, 2019 | SUPERIOR COURT |
| PWALHEY PARTNERS, LLC | |
| VS. | JUDICIAL DISTRICT OF HARTFORD AT HARTFORD |
| ZURICH INSURANCE a/k/a ZURICH AMERICAN INSURANCE CO. | September 3, 2019 |

## **COMPLAINT**

### **COUNT ONE: BREACH OF CONTRACT**

1. The Plaintiff, PWALHEY PARTNERS, LLC, (herein "PWALHEY") is and was at all times relevant herein, a Connecticut Limited Liability Corporation having a principal place of business in Redding, Connecticut.

2. The Defendant, ZURICH INSURANCE, (hereinafter "ZURICH") is a licensed and registered Insurance Company within the State of Connecticut with a registered place of business located at Rocky Hill, Connecticut.

3. The Plaintiffs PWALHEY PARTNERS, LLC, hereinafter PWALHEY entered into an agreement to purchase liability coverage and property damage coverage on certain parcels of real property located at 769-785 Park Street Hartford, CT, from the Defendant ZURICH.

4. On or about May 4, 2018, and in consideration of premiums paid, the Defendant issued to the Plaintiff a General Liability and Loss Insurance Policy ('hereinafter "Policy") bearing Policy Number BR11595644 to the Plaintiffs.

5. Pursuant to the terms of the Policy, the Defendant agreed to pay for losses to the Plaintiff's two insured properties located at 769-773 Park Street (the "769 Property") and 777-785 Park Street (the "777 Property"), Hartford, Connecticut.

1

6. On or about July 25-27, 2018, while the Policy was in full force and effect, the Plaintiff, a covered entity/person under the Policy, sustained losses to both the 769 Property and 777 Property.

7. On or about July 25-27, 2018, the 769 Property and the 777 Property were severely damaged and/or destroyed due to weather conditions.

8. On or about July 25, 2018, the Defendant was duly notified by the Plaintiff of the loss by the Plaintiff.

9. On or about July 27, 2018 Zurich Insurance sent PWALHEY PARTNERS LLC an initial acknowledgement of claim on their loss reported July 26, 2017 regarding losses to the 769 and 777 Properties.

10. On or about July 27, 2018, Zurich Insurance conceded coverage on both claims relating to both the 769 and 777 Properties by representing that the losses would be paid.

11. The Defendant intentionally and repeatedly recklessly and negligently mislead the Plaintiffs with their representations in that ultimately the Defendant denied coverage.

12. After repeatedly recklessly and negligently misleading the Plaintiff's representatives to believe the 769 Property and 777 Property claims would be paid, Zurich took the new position that loss of the buildings was caused by the city of Hartford. Ignoring completely the fact that the storm damage caused the 769 Property to fail and the demolition of the 769-building caused the 777 Property to be demolished.

13. Thus, ZURICH, after conceding coverage, sent a denial of coverage letter of both the 769 and 777 claims.

14. The Plaintiff immediately disputed the denial of the loss by ZURICH because the loss was specifically insured under the property loss provisions of the Policy.

15. In the denial of letter ZURICH formally denied the Plaintiff's claim under the terms of the Insurance Policy.

16. The Plaintiff demand of indemnification and ZURICH refused to appraise the loss and to pay the amount of the loss, communicating such in a letter dated July 5, 2018, all in breach of the Policy.

17. ZURICH stated to the Plaintiff that it was denying the loss in accordance with the Provisions of the Policy.

18. At all times herein mentioned, the Plaintiff was fully cooperative and compliant with all ZURICH requests for information in its investigation of the claim and has performed all of the conditions set forth in the policy regardless of the ZURICH'S cooperation or lack thereof.

19. Although the Plaintiff fully complied with all of its allegations under the Insurance Agreement, the Defendant refused to pay the Plaintiff's claim.

20. ZURICH failed and refused to perform its obligations under the Policy in that it has failed to pay fair, just and reasonable benefits representing the value of the total loss of the buildings and/or any improvements pursuant to the terms of its own policy, and has delayed the resolution of this dispute.

21. To this day the Defendant has yet to tender payment for the losses under the Policy.

22. The Defendant repeatedly failed and refused to perform the agreement and in particular that it failed to do the following:
    a. Tender the actual value of the loss of the 769 and 777 Properties under the terms of the Policy; and
    b. Pay fair, just and reasonable benefits under the terms of the Policy; and
    c. Perform a reasonable and appropriate analysis of the claim using the appropriate method of valuation as stated specifically in the Policy; and
    d. Promptly and cooperatively participate in the appraisal process as required by the Policy.

23. Although the Plaintiff fully performed its obligations under the Policy, the Defendant has neglected and refused to perform its obligations under the Policy thus depriving the Plaintiff of its rights pursuant to the Policy.

24. As a result of the Defendant's actions and instructions, the Plaintiff has suffered the following losses and costs:
    a. Loss of the fair market value of the 769 and 777 properties;
    b. Loss of business expectancy related to 769 and 777 properties;
    c. Loss of profits which would have been earned on the sale of the 769 and 777 properties; and
    d. Loss of monies expended to carrying the 769 and 777 properties.

**COUNT TWO: INSURANCE BAD FAITH**

1-24. Paragraphs 1-24 of the First Count are hereby incorporated by reference and made Paragraphs 1-24 of this the Second Count.

25. On or about July 25, 2018, the ZURICH requested certain documentation concerning the loss of the 769 Property and the 777 Property.

26. The Plaintiff informed ZURICH that the losses were due to weather conditions out of the Plaintiff's control resulting in total destruction of the 769 Property and 777 Property.

27. On or about July 25, 2018, the Plaintiff provided repair invoices for each of the damaged buildings to ZURICH and ZURICH initially indicated $99,000 would be paid on the claim relating to improvements made to 769 Property and 777 Property immediately.

28. ZURICH intentionally, or in the alternative recklessly with a design to mislead or deceive the Plaintiff, neglected and refused to fulfill its duties under the Policy which was not prompted by an honest mistake as to Defendant's rights or duties. In particular, the ZURICH agreed to pay $99,000.00 for the losses on the 777 Property immediately and then they denied the claims as to both the 769 Property and the 777 Property.

4

29. The Defendant has failed and refused to perform its obligations under the Policy in that it failed to do the following:

   a. Pay fair, just and reasonable benefits;

   b. Perform an appropriate analysis of the Plaintiff's claim using an appropriate method of valuation; and

   c. Provide a reasonable basis to conclude that actual cash value is equivalent of purchase price.

30. As a result of Defendant's actions, the Plaintiff has suffered the following losses and costs:

   a. Loss of the fair market value of the 769 Property and 777 Property;

   b. Loss of business expectancy and profitability of the 769 Property and 777 Property; and

   c. Attorneys fees and costs.

## COUNT THREE: CONNECTICUT UNFAIR INSURANCE ACT (CUIPA) and CONNECTICUT UNFAIR TRADE PRACTICE ACT (CUTPA)

1-30.  Paragraphs 1 through 30 of Count Two are hereby made Paragraphs 1-30 of Count Three.

31. The Defendant's refusal to pay the proper claims under the Policy is a general business practice of the Defendant.

32. The Defendant has engaged in the following acts with such frequency as to indicate a general business practice of the Defendant in that Defendant has the practice of failing to do the following:

   a. Failing to pay appropriate claims;

   b. Pay fair, just and reasonable benefits;

   c. Perform an appropriate analysis of insured's claims using the appropriate method of valuation; and

   d. Represent that the claims would be paid then later deny the claims.

33. Defendant violated Conn. Gen. Stat. §38a-815, et seq. In particular, Defendant violated Conn. Gen. Stat. §38a-815(6) by engaging in an unfair business practice of failing to pay the claims.

34. Defendant violated Conn. Gen. Stat. §38a-815(6) (d-h), CUIPA in particular because Defendant:

   a. Refused to pay claims without conducting a reasonable investigation based on all available information;

   b. Failed to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed;

   c. Did not attempt in good faith to effectuate prompt, fair and equitable settlement of claims in which liability has become reasonably clear;

   d. Compel insureds to institute litigation to recover amounts due under an insurance policy, and

   e. Failed to adhere to the terms of the Policy.

35. Defendant is an insurance business and provides insurance to business and individuals.

36. Defendant's business actions with the Plaintiff were carried out in the course of its primary trade or commerce in Connecticut.

37. Defendant has committed unfair and deceptive acts in violation of CUTPA, Conn. Gen. Stat. §42-100a, et seq., by violating the Connecticut Unfair Insurance Act (CUIPA), which is a per se violation of CUTPA.

38. Defendant's practices are deceptive and violate CUTPA because Defendant's representation is likely to mislead Plaintiff and other consumers.

6

39. Plaintiff has suffered an ascertainable loss, in that the Defendant has failed to pay their insurance due the property covered within the insurance contract with the Defendant.

WHEREFORE, the Plaintiff claims the following damages:

1. Money Damages;
2. Costs;
3. Attorney's Fees;
4. Punitive Damages Under CUIPA/CUPTA; and
5. Such additional relief as the Court may deem proper.

Dated this 3 September 2019.

                                              THE PLAINTIFF,
                                              PWALHEY PARTNERS LLC

By/s/ Kenneth A. Votre
Kenneth A. Votre (302341)
Votre & Associates, P.C. (422508)
90 Grove Street, Suite 209
Ridgefield, CT 06877
Tel: 203-498-0065
Fax: 203-821-3595
votrelaw@gmail.com

*ATTEST: A TRUE COPY — ARMANDO F. LUPO, CONNECTICUT MARSHAL, HARTFORD COUNTY*

| | |
|---|---|
| RETURN DATE: October 15, 2019 | SUPERIOR COURT |
| PWALHEY PARTNERS, LLC | JUDICIAL DISTRICT OF |
| | HARTFORD |
| VS. | AT HARTFORD |
| ZURICH INSURANCE a/k/a ZURICH AMERICAN INSURANCE CO. | September 3, 2019 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than $15,000.00, exclusive of interest and costs of suit.

THE PLAINTIFF,
PWALHEY PARTNERS LLC

By:
Kenneth A. Votre (302341)
Votre & Associates, P.C. (422508)
90 Grove Street
Suite 209
Ridgefield, CT 06877
Tel: 203-498-0065
Fax: 203-438-4202
votrelaw@gmail.com



ATTEST:
A TRUE COPY
ARMANDO F. LUPO
CONNECTICUT MARSHAL
HARTFORD COUNTY

8

STATE OF CONNECTICUT
INSURANCE DEPARTMENT
P.O. BOX 816
HARTFORD, CT 06142-0816

USPS CERTIFIED MAIL

9214 8901 9403 8389 5324 53

NEOPOST
09/10/2019
US POSTAGE $006.4
FIRST-CLASS
ZIP 061
041M11454

ZURICH AMERICAN INS CO
CORPORATION SERVICE CO
50 WESTON ST
HARTFORD CT 06120-1537