UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PWALHEY PARTNERS, LLC | : | 3:19-CV-01598-KAD |
| *Plaintiff,* | : | |
| | : | |
| *v.* | : | |
| | : | |
| ZURICH INSURANCE a/k/a | : | |
| ZURICH AMERICAN INSURANCE CO. | : | |
| *Defendant.* | : | March 29, 2021 |

## STIPULATION OF DISMISSAL

The undersigned parties respectfully stipulate that this action may be dismissed with prejudice.

| | |
|---|---|
| THE PLAINTIFF, | THE DEFENDANT, |
| PWALHEY PARTNERS LLC | ZURICH INSURANCE a/k/a |
| | ZURICH AMARICAN INSURANCE CO. |
| | |
| By: */s/ Kenneth A. Votre*_____ | By: */s/ Jason E. Rusche*___ |
| Kenneth A. Votre (302341) | Jason E. Rusche, Esq. |
| Votre & Associates, P.C. (422508) | Goldberg Segalla LLP |
| 90 Grove Street, Suite 209 | 100 Pearl Street, Suite 1100. |
| Ridgefield, CT 06877 | Hartford, CT 06103 |
| Tel: 203-498-0065 | Tel: (860) 760.3300 |
| Fax: 203-438-4202 | Fax: (860) 760.3301 |
| votrelaw@votreandassociates.com | JRusche@goldbergsegalla.com |